IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 67.80.151.187

**ISP:** Optimum Online
**Physical Location:** New Canaan, CT

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/06/2017 22:56:43 | 3A03D24D0EF92C65F7CB484D3EFF81A2E65EAAD4 | Fashion Models |
| 10/14/2017 15:28:45 | 02F415D7CFD9851AD566AB164C730AEE1E5A5425 | Malibu Moments |
| 10/08/2017 16:55:17 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 05/11/2017 22:28:14 | 57FE10B6B3ECDECFDFE1A9E13F5C7187EDEF0299 | Two Cocks In Karla |
| 09/06/2016 19:57:45 | 60FE1A9BA982063D6EB9300BAF6EFFAB612D4D4B | Alexis Love Me |
| 09/01/2016 14:43:25 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 08/05/2016 11:51:41 | 16B716D190DE14ED20A84FF664189C550B50748A | Competition |
| 06/09/2016 01:18:47 | 6EDCB9F1D3D04084B9697D6F6F2694BF390C6F7D | Threes Company |

**Total Statutory Claims Against Defendant: 8**